ACCEPTED
14-15-00419-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/15/2015 2:52:49 PM
CHRISTOPHER PRINE
CLERK



## Vince Ryan
## Harris County Attorney

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/15/2015 2:52:49 PM

CHRISTOPHER A. PRINE
Clerk

July 15, 2015

Ms. Jill Bartek
Official Court Reporter
313th District Court
Harris County, Texas
1200 Congress, 5th Floor
Houston, Texas 77002

> Re:  No. 2013-04657J
> 313th Judicial District Court of
> Harris County, Texas
> Appealed to Fourteenth Court of Appeals
> No. 14-15-00419-CV

Dear Ms. Bartek:

This letter is sent to you on behalf of the Texas Department of Family and Protective Services ("Department"), the petitioner in the above referenced matter, in accordance with Texas Rule of Appellate Procedure 34.6(d), which states, "If anything relevant is omitted from the reporter's record, the trial court, the appellate court, or any party may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items." Tex. R. App. P. 34.6(d).

The reporter's record which was filed in the above appeal currently includes four volumes, each of which indicates that you were the reporter who heard and transcribed the material contained within each volume. The first volume contains the reporter's master index, and the fourth contains the exhibits admitted at trial. The second and third volumes contain transcriptions of the trial proceedings held on January 27, 2015, and April 8, 2015, respectively. While the third volume shows that the proceedings concluded on April 8, 2015, the second volume indicates the trial commenced on some date earlier than January 27, 2015. First, it begins with the trial court's statement, "All right. Back on the record in 2013-4657J [sic]." See V2, p.6. Then, soon after, the appellant's trial counsel asked the testifying witness, "You testified during the trial when we first began several months ago; is that right?" V2, p.19. Moreover, the trial court's file contains its Permanency Hearing Order signed on May 21, 2014, indicating that trial was set to commence on August 14, 2014. The court's file also contains a "Notice of Permanency Hearing and Trial Setting," issued by the Department to the parties in the case indicating that trial was to commence on August 14, 2014. Furthermore, these documents comport with the notes and recollection of the Department's trial counsel, who believes that trial commenced on August 14, 2014, and that the court heard substantive testimony from the psychologist who also testified on

1019 Congress, 15th Floor • Houston, TX 77002-1700 • Phone: 713-755-5101 • Fax: 713-755-8924

January 27, 2015. Therefore, it appears that there was additional evidence offered during the trial proceedings that do not appear in the volumes filed in the appeal of this matter.

Accordingly, by issuance of this letter, the Department hereby requests that you supplement the appellate record in this matter with transcriptions of any additional proceedings that occurred during trial, including any witness testimony heard at the commencement of trial which all indications show occurred on August 14, 2014.

Thank you very much for your attention to this request. If you have any questions or concerns, please do not hesitate to contact the undersigned counsel for the Department.

<div align="center" style="margin-left:50%">

Very truly yours,

VINCE RYAN
COUNTY ATTORNEY

By: **/s/ Robert J. Hazeltine-Shedd**
**Robert J. Hazeltine-Shedd**
Assistant County Attorney
State Bar #24067652
1019 Congress, 17th Floor
Houston, Texas 77002
Phone: 713.274.5292; Fax: 713.437.4700
Email: robert.hazeltine-shedd@cao.hctx.net

</div>

copies to:

Civil Post-Judgment
Honorable Chris Daniel
Harris County District Clerk
201 Caroline, 2nd Floor, Room 250
Houston, Texas 77002

Fourteenth Court of Appeals
301 Fannin
Houston, Texas 77002

Donald M. Crane
donmcrane@gmail.com

John H. Spjut
spjutlaw@sbcglobal.net